# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| ANTHONY J. JACKSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE |
| v. | : | NO.: 2:22-CV-151-RWS-JCF |
| | : | |
| S SQUARED MANAGEMENT, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

Plaintiff filed this civil action on August 2, 2022 (Doc. 1). On September 28, 2022, Defendants filed an answer to the complaint (Doc. 6).

To date, Defendants have not filed a Certificate of Interested Persons as required by LR 3.3, NDGa. Furthermore, although more than 30 days have passed since Defendants made their appearance in this action, the parties have not filed their Joint Preliminary Report and Discovery Plan, as required by FED. R. CIV. P. 16 and 26 and LR 16.2, NDGa. The parties are **ORDERED** to file their Joint Preliminary Report and Discovery Plan and serve the Initial Disclosures **within 14 days from the date of entry of this Order**. Defendants are further **ORDERED** to file a Certificate of Interested Persons **within 14 days from the date of entry of this Order**.

The parties are advised that failure to comply with a lawful order of this Court may subject them to sanctions, including as to Plaintiff, a recommendation to the District Judge that the complaint be dismissed.

The Clerk is **DIRECTED** to resubmit this matter to the undersigned upon expiration of the above deadline if the parties fail to comply with this Order.

**IT IS SO ORDERED** this 31st day of October, 2022.

/s/ J. Clay Fuller
J. Clay Fuller
United States Magistrate Judge